STATE OF NEW JERSEY v. JOHN NOLAN.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TINA CARTER.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN SHERMAN.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CLIFFORD HAIRSTON.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. AMOS BREEDLOVE, JR.

July 11, 1989.

Petition for certification denied.